JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WELLS FARGO BANK NA, | Case No. ED CV 15-00825-AB (SSx) |
|---|---|
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME; AND** |
| v. | |
| THOMAS FORBES, et al. | **GRANTING MOTION TO REMAND** |
| Defendants. | |

On April 27, 2015, Defendant Jason Wilson, having been sued as a tenant-Defendant in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court. (Dkt. No. 1.)

On April 29, 2015, Plaintiff Wells Fargo Bank NA filed a motion to remand (Dkt. No. 10) and an *ex parte* application to shorten time on the motion to remand. (Dkt. No. 11.)

Having read and considered the papers filed by Plaintiff, the Court hereby **GRANTS** Plaintiff's *ex parte* application and motion to remand (Dkt. Nos. 10-11), and this action is hereby **REMANDED** to state court for lack of subject matter jurisdiction.

1.

1  As a routine unlawful detainer action, Plaintiff could not have brought this
2  action in federal court initially because the complaint does not competently allege
3  facts creating subject matter jurisdiction, rendering removal improper.  28 U.S.C.
4  §1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005).
5  Under 28 U.SC. §§ 1331, 1441(b), this unlawful detainer action does not give
6  rise to a federal question or substantial question of federal law because unlawful
7  detainer "is purely a creature of California law." *Wells Fargo Bank v. Lapeen*, 2011
8  WL 2194117 (N.D. Cal. June 6, 2011).  Additionally, this unlawful detainer action
9  does not give rise to diversity jurisdiction under 28 U.S.C. §§ 1332, 1441(b) because
10  the underlying complaint states that the amount in controversy does not exceed
11  $10,000 and, further, removal on the basis of diversity jurisdiction is not proper
12  because Wilson resides in the forum state.  28 U.S.C. § 1441(b).
13  Accordingly, the Court:
14  (1) **REMANDS** this case to the Superior Court of California, Riverside County,
15  Historic Courthouse, 4050 Main Street, Riverside CA 92501, for lack of subject
16  matter jurisdiction pursuant to 28 U.S.C. § 1447(c);
17  (2) **ORDERS** the Clerk to send a certified copy of this Order to the state court;
18  and
19  (3) **ORDERS** the Clerk to serve copies of this Order on the parties.
20  Defendant's request to proceed in forma pauperis (Dkt. No. 3) is **DENIED** as moot.

**IT IS SO ORDERED**

Dated:  April 30, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE